1  Cadee Peters, SBN 225116
   2004 Tulare Street Suite 210
2  Fresno, CA 93721
   Tel. (559) 408-7464
3  Fax. (559) 408-7465

4  Attorney for Defendant, **ANGEL RUIZ-ESPINOZA**

5
6
7
                          **UNITED STATES DISTRICT COURT**
8
                          **EASTERN DISTRICT OF CALIFORNIA**
9
10
11 UNITED STATES OF AMERICA,)          **1:07-CR-244-OWW**
                             )
12                           )
            Plaintiff,       )         **STIPULATION AND ORDER**
13                           )         **TO CONTINUE SENTENCING**
         vs.                 )
14                           )
   ANGEL RUIZ-ESPINOZA       )
15                           )
                             )
16         Defendant.        )
                             )
17

18     THE PARTIES HEREBY STIPULATE AND AGREE that the status
19 conference presently set for Monday, March 16, 2009, at 1:30 p.m.,
20 be continued to Monday, April 27, 2009, at 1:30 a.m.
21     The sentencing is to be continued for defendants ANGEL RUIZ-
22 ESPINOZA and RAUL NAVARETTE.
23     Pursuant to Federal Rules of Criminal Procedure section 18
24 U.S.C. 3161, the parties agree that any delay resulting from this
25 continuance shall be excluded in the interest of justice.
26 //
27 //
28 Dated: MARCH 5, 2009.                  /s/ CADEE PETERS

```
                                        Cadee Peters,
                                        Attorney for Defendant,
                                        Angel Ruiz-Espinoza

Dated: March 5, 2009.                   /s/ DAVID BALAKIAN
                                        David Balakian,
                                        Attorney for Defendant,
                                        Raul Navarette

                                        Stipulation has been agreed to
                                        by Mr. Capozzi.


Dated: March 5, 2009.                   /s/ KEVIN ROONEY
                                        Kevin Rooney,
                                        Assistant U.S. Attorney.

                                        Stipulation has been agreed to
                                        by Mr. Rooney.
```

**ORDER**

IT IS SO ORDERED.

**Dated:   March 5, 2009**                  **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

2