Cadee Peters, SBN 225116
2004 Tulare Street Suite 210
Fresno, CA 93721
Tel. (559) 408-7464
Fax. (559) 408-7465

Attorney for Defendant, **ANGEL RUIZ-ESPINOZA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANGEL RUIZ-ESPINOZA )<br>)<br>Defendant. )<br>) | **1:07-CR-244-OWW**<br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE SENTENCING** |

THE PARTIES HEREBY STIPULATE AND AGREE that the status conference presently set for, April 27, 2009 at 1:30 p.m., be continued to Monday, June 8, 2009, at 1:30 a.m.

The sentencing is to be continued for defendants ANGEL RUIZ-ESPINOZA and RAUL NAVARETTE.

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

//

//

Dated: April 23, 2009.                    /s/ CADEE PETERS

| | |
|---|---|
| | Cadee Peters,<br>Attorney for Defendant,<br>Angel Ruiz-Espinoza |
| Dated: April 23, 2009. | /s/ DAVID BALAKIAN<br>David Balakian,<br>Attorney for Defendant,<br>Raul Navarette |

Stipulation has been agreed to by Mr. Capozzi.

| | |
|---|---|
| Dated: April 23, 2009. | /s/ KEVIN ROONEY<br>Kevin Rooney,<br>Assistant U.S. Attorney. |

Stipulation has been agreed to by Mr. Rooney.

**ORDER**

IT IS SO ORDERED.

| | |
|---|---|
| **Dated: April 23, 2009** | **/s/ Oliver W. Wanger**<br>UNITED STATES DISTRICT JUDGE |