Cadee Peters, SBN 225116
2014 Tulare Street Suite 210
Fresno, CA 93721
Tel. (559) 408-7464
Fax. (559) 408-7465

Attorney for Defendant, **ANGEL RUIZ-ESPINOZA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,)      **1:07-CR-244-OWW**
                                                )
              Plaintiff,        )      **STIPULATION AND ORDER**
                                                )      **TO CONTINUE SENTENCING**
          vs.                   )
                                                )
ANGEL RUIZ-ESPINOZA            )
_____)      _____
                                                )
_____Defendant._____)

    THE PARTIES HEREBY STIPULATE AND AGREE that the status

conference presently set for, July 27, 2009 at 1:30 p.m., be

continued to Monday, August 17, 2009, at 1:30 p.m.

    The sentencing is to be continued for defendants ANGEL RUIZ-

ESPINOZA and RAUL NAVARETTE.

    Pursuant to Federal Rules of Criminal Procedure section 18

U.S.C. 3161, the parties agree that any delay resulting from this

continuance shall be excluded in the interest of justice.

//

//
Dated: July 20, 2009.                    /s/ CADEE PETERS_____

1    |                                   Cadee Peters,
2    |                                   Attorney for Defendant,
     |                                   Angel Ruiz-Espinoza

3    Dated: July 20, 2009.              /s/ DAVID BALAKIAN
     _____ David Balakian,
4    |                                   Attorney for Defendant,
     |                                   Raul Navarette
5    |
     |                                   Stipulation has been agreed to
6    |                                   by Mr. Balakian.

7    |

8    Dated: July 20, 2009.              /s/ KEVIN ROONEY
     |                                   Kevin Rooney,
9    |                                   Assistant U.S. Attorney.

     |                                   Stipulation has been agreed to
10   |                                   by Mr. Rooney.

11   |

12   |                            **ORDER**

13

14

15   IT IS SO ORDERED.

16   **Dated:    July 24, 2009**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28                                    2